

RECEIVED
IN MONROE, LA.

MAR 1 9 2012

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

March 16, 2011

HOUSING DISCRIMINATION COMPLAINT

CASE NUMBER:  06-11-0657-8

**3:12-cv-0692**

1. **Complainants**

   Charles E.  White
   2401 Washington Street #311
   Monroe, LA   71201

2. **Other Aggrieved Persons**

   None.

3. **The following is alleged to have occurred or is about to occur:**

   Discriminatory terms, conditions, privileges, or services and facilities.
   Failure to make reasonable accommodation.

4. **The alleged violation occurred because of:**

   Handicap.

5. **Address and location of the property in question (or if no property is involved, the city and state where the discrimination occurred):**

   100 Rowan Circle #70
   Monroe, LA   71202

6. **Respondent(s)**

   Tamara Bell, Manager
   Meadowbrook Park Apartments
   100 Rowan Circle
   Monroe, LA   71202

   C/O William Brockman, President
   Sunquest Properties
   P.O. Box 2345
   3 Bancroft Circle
   Monroe, LA   71201

   Ralph W. Brockman Jr., Owner
   P.O. Box 2345

3 Bancroft Circle
Monroe, LA  71201

7. **The following is a brief and concise statement of the facts regarding the alleged violation:**

I feel I was subjected to different terms, conditions, services and facilities of rental because of my physical disability. Around 4/22/10, my neighbor started making excessive noise. On numerous occasions, I asked the respondent and manager, Tamara Bell, for a reasonable accommodation to have my neighbor stop making the noise, or to please move me to another apartment. The noise affected my disability and caused me not to be able to enjoy my unit. One time the noise was so bad that I could not sleep for 7 days. Tamara just laughed about it, and ignored my reasonable accommodation request. Ultimately, I was forced to move because the noise was unbearable. I feel that I suffered this discriminatory treatment because of my physical disability.

8. **The most recent date on which the alleged discrimination occurred:**

December 24, 2010.

9. **Types of Federal Funds identified:**

None.

10. **The acts alleged in this complaint, if proven, may constitute a violation of the following:**

Sections 804b or f and 804f3B of Title VIII of the Civil Rights Act of 1968 as amended by the Fair Housing Act of 1988.

**Please sign and date this form:**

I declare under penalty of perjury that I have read this complaint (including any attachments) and that it is true and correct.

*Charles E. White* (signed)      3-19-2012
Charles E. White                  (Date)

**N O T E :  HUD WILL FURNISH A COPY OF THIS COMPLAINT TO THE PERSON OR ORGANIZATION AGAINST WHOM IT IS FILED.**



JAMES D. "BUDDY" CALDWELL
ATTORNEY GENERAL

**State of Louisiana**
DEPARTMENT OF JUSTICE
P.O. BOX 94005
BATON ROUGE
70804-9005

March 16, 2011

**Notification Letter to Complainant**
**CERTIFIED MAIL -**
**RETURN RECEIPT REQUESTED**

Charles White
2401 Washington Street
Apt. 311
Monroe, LA  71201

    RE:   HUD Case Name: Charles White v. Sunquest/Tamara Bell
    - HUD Case Number:        06-11-0657-8
    - LADOJ Case Number:    2011-22

Dear Complainant(s):

The subject housing discrimination complaint was filed with the U.S. Department of Housing and Urban Development (HUD) on March 16, 2011, in accordance with state and federal statutes. The complaint was referred by HUD to the Louisiana Department of Justice (LADOJ) pursuant to Section 810(f) of the Federal Fair Housing Act (the Act). It has been accepted for processing pursuant to the Louisiana Equal Housing Opportunity Act, La. R.S. 51:2601, et seq.

An investigation will now be conducted. If the investigation is not completed within one hundred (100) days, you will be so advised in writing.

While this complaint is pending, you will have the opportunity to resolve it through conciliation or mediation. If you elect to attempt resolution of this matter through mediation, you must give us written notification of your consent to participate in mediation within ten (10) days from the date of this correspondence. Failure to elect mediation will not preclude your opportunity to conciliate this matter at any time. Any conciliation or mediation of this matter will be based upon the consent of all parties and subject to the approval of the Section Chief for the Equal Opportunity Section, Louisiana Department of Justice.

In addition to the administrative complaint process you may, pursuant to Section 2613 of the Louisiana Equal Housing Opportunity Act, commence a civil action in the appropriate state or federal district court. In state court, a civil action must be commenced no later than two (2) years after the occurrence or termination of the alleged discriminatory housing practice. For purposes of commencing an action in federal court, the two (2) year period does not include the time in

Complainant(s)
March 16, 2011
Page 2

which the complaint is pending before the LDOJ. However, once a trial begins the Attorney General's office will cease its administrative processing of the complaint.

Please be advised that retaliation against any person for participation in the enforcement of the Louisiana Equal Housing Opportunity Act is a discriminatory housing practice prohibited under Section 2609 of La. R.S. 51:2601, et seq.

Enclosed you will find two (2) HUD 903 complaint forms. One complaint form must be signed and dated by <u>all</u> complainants immediately and returned to this office for further processing. Please retain the other copy for your records. **It is imperative that we receive the signed complaint form as soon as possible.** Enclosed is a pre-addressed and postage paid envelope for your use. Please include all documentation which you believe substantiates your claim of housing discrimination.

During the administrative processing of this complaint, you are responsible for keeping the LDOJ informed of any change of address or telephone number. Failure to do so may be viewed as failure to cooperate in the investigation.

If you have any questions regarding this complaint, please contact me at 1-800-273-5718. All correspondence and requests for information regarding this complaint must reference the complaint number. Your cooperation in this matter is appreciated.

With kindest regards, I remain

                              Sincerely,

                              JAMES D. "BUDDY" CALDWELL
                              Attorney General

                         By: _____
                              Marilyn P. Leafroy, Compliance Officer
                              Equal Opportunity Section

JDC/MPL:rwh
Enclosures